MAXWELL RUBIN, Respondent, v. FRANCIS E. LAIMBEER, Appellant, and SAMUEL MARCUS, ISIDOR WELS and KEITH LORENZ, Defendants.— Appeal from order, claimed in the notice of appeal to deny the appealing defendant's motion to strike out certain allegations from the complaint, dismissed, with ten dollars costs and disbursements to the respondent. The appeal must be dismissed for two reasons: *First,* the order appealed from does not deny the motion of said defendant in the respects stated in the notice of appeal, and makes no disposition at all as to that portion of said defendant's motion with respect to paragraphs 14, 15, 16, 19, 21, 22, 23, 24, 25, 26, 29 and 40; *second,* the order was entered on appellant's own motion. Lazansky, P. J., Hagarty, Davis and Johnston, JJ., concur; Carswell, J., not voting.

MAXWELL RUBIN, Respondent, v. FRANCIS E. LAIMBEER and KEITH LORENZ, Defendants; SAMUEL MARCUS and ISIDOR WELS, Appellants.— Order denying motion of the defendants-appellants to strike certain allegations from the complaint pursuant to rule 103 of the Rules of Civil Practice, to require plaintiff separately to state and number the causes of action, and to make the complaint more definite and certain affirmed, with ten dollars costs and disbursements. No

opinion. Lazansky, P. J., Hagarty, Davis and Johnston, JJ., concur; Carswell, J., not voting.